STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRIS KALTSAS (NYBN 5460902)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   Email: chris.kaltsas2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CRUZ CARRASCO VELASQUEZ, a/k/a "Mary Envios," <br><br> Defendant. | NO. CR 21-0257 EMC <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING FROM JULY 20, 2022 UNTIL AUGUST 3, 2022 |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Cruz Carrasco Velasquez that the change of plea hearing currently set for July 20, 2022 be continued until August 3, 2022 at 2:30p.m. and that time be excluded under the Speedy Trial Act between those two dates.

Counsel for the government and defendant have agreed upon preliminary terms for an entry of a guilty plea in this matter, and are working diligently to finalize the plea agreement's language and to translate the document for defendant's review. To ensure that defendant is comfortable with the language and able to fully understand the agreement, the parties require time to finish drafting and translating the agreement, and so stipulate to a later date, to wit, August 3, 2022, for the change of plea

STIPULATION TO EXCLUDE TIME AND [PROPOSED] ORDER
Case No. CR 21-0257                                                                                              v. 7/10/2018

1  hearing. The parties further stipulate and agree that the ends of justice will be served by excluding the
2  time from July 20, 2022 through August 3, 2022 from computation under the Speedy Trial Act. The
3  parties agree that allowing time to finalize review of all discovery and agreeing to the terms of a change
4  of plea outweigh the best interests of the public and the defendant in a speedy trial, and that not doing so
5  would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective
6  preparation in the course of a final review of discovery during this time, taking into account the exercise
7  of due diligence. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

8        The undersigned Assistant United States Attorney certifies that he has obtained approval from
9  counsel for the defendant to file this stipulation and proposed order.

11        IT IS SO STIPULATED.

13  DATED:   July 18, 2022                  /s/
                                                    CHRIS KALTSAS
14                                                     Assistant United States Attorney

15  DATED:   July 18, 2022                  /s/
16                                                       NAOMI CHUNG
                                                      Counsel for Defendant Cruz Carrasco Velasquez

1 **[PROPOSED] ORDER**

2 Based upon the facts set forth in the stipulation of the parties and the representations made to the
3 Court, for good cause shown, the Court finds that continuing the change of plea hearing from July 20,
4 2022 through August 3, 2022 and excluding that time from computation under the Speedy Trial Act
5 would benefit counsel in their efforts to resolve the case, and not doing so would unreasonably deny
6 defense counsel and the defendant the reasonable time necessary for effective preparation before
7 entering into a plea of guilty, taking into account the exercise of due diligence. 18 U.S.C. §
8 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from
9 July 20, 2022 through August 3, 2022from computation under the Speedy Trial Act outweigh the best
10 interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties,
11 IT IS HEREBY ORDERED that the time July 20, 2022 through August 3, 2022 shall be excluded from
12 computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

13 IT IS SO ORDERED.

15 DATED: __July 18, 2022__

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge