|   |   |
|---|---|
| 1 | NAOMI CHUNG (CSBN 283743) |
| 2 | Hickey & Chung, LLP |
|   | Pier 9, Suite 100 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 942-9000 |
| 4 | Fax: (415) 484-7054 |
|   | chung@defender.law |
| 5 |   |
| 6 | Attorney for Defendant |
|   | CRUZ CARRASCO VELASQUEZ |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | No. CR 21-0257-EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CHANGE OF PLEA HEARING TO SEPTEMBER 21, 2022** |
| v. |   |
| CRUZ CARRASCO VELASQUEZ, a/k/a "Mary Envios," |   |
| Defendant. |   |

It is hereby stipulated by and between counsel for defendant Cruz Carrasco Velasquez and counsel for the United States that the change of plea currently set for August 3, 2022 be continued to September 21, 2022 at 2:30 p.m.; and that time be excluded under the Speedy Trial Act between those two dates.

Ms. Velasquez suffers from ventricular tachycardia with coronary artery disease and is currently hospitalized due to a recent heart attack. She is unable to meet with defense counsel and will not be able to participate in a change of plea on August 3, 2022. The parties also require additional time to draft mutually agreeable terms of the plea agreement.

The parties further stipulate and agree that the ends of justice will be served by excluding

the time from August 3, 2022 through September 21, 2022 from computation under the Speedy Trial Act. The parties agree that allowing time to finalize review of all discovery and agreeing to the terms of a change of plea outweigh the best interests of the public and the defendant in a speedy trial, and that not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation in the course of a final review of discovery during this time, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO STIPULATED.**

DATED:  07/31/2022                                  /s/
                                                                 NAOMI CHUNG
                                                                 Counsel for Defendant Cruz Carrasco Velasquez


DATED:  07/31/2022                                  /s/
                                                                 CHRIS KALTSAS
                                                                 Assistant United States Attorney

STIPULATION AND ~~PROPOSED~~ ORDER
CR 21-0257-EMC

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court, for good cause shown, the Court finds that excluding time from August 3, 2022 through September 21, 2022 would benefit counsel in their efforts to resolve the case, and not doing so would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation before entering into a plea of guilty, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from August 3, 2022 through September 21, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from August 3, 2022 through September 21, 2022 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

DATED: August 1, 2022

_____
THE HONORABLE EDWARD M. CHEN
United States District Judge